# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# (BECKLEY DIVISION)

| | |
|---|---|
| **MARTIN MARIETTA MATERIALS, INC,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 5:23-cv-00428 |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| **EASTERN ASPHALT PRODUCTS, LLC,** ) | |
| **d/b/a EASTERN CONCRETE,** ) | |
| **A WEST VIRGINIA** ) | |
| **LIMITED LIABILITY COMPANY** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## COMPLAINT

Pursuant to 28 U.S.C. § 1332, Plaintiff Martin Marietta Materials, Inc. ("Martin Marietta"), files this Complaint for Breach of Contract and Account against Defendant Eastern Asphalt Products, LLC d/b/a Eastern Concrete, a West Virginia Limited Liability Company ("Eastern Asphalt").

## PARTIES

1. Martin Marietta is a North Carolina corporation with its principal place of business located at 4123 Parklake Ave, Raleigh, NC, 27612.

2. Eastern Asphalt is a West Virginia Limited Liability Company whose sole member resides in Raleigh County, West Virginia and is a citizen of West Virginia.

## JURISDICTION AND VENUE

3. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332 as diversity of citizenship exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Martin Marietta is citizen of North Carolina. 28 U.S.C. § 1332(c)(1) ("[A]

1

corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.")

5. Eastern Asphalt is a citizen of West Virginia. *See Boggs v. Fola Coal Co.*, 2010 WL 352188, *2 (S.D. W. Va. Sept. 7, 2010) (Copenhaver, J.) ("It is settled in this circuit that a limited liability company is a citizen of the state or states of which its members are citizens").

6. The amount in controversy exceeds $75,000 as Eastern Asphalt owes Martin Marietta $73,749.42 for purchased construction aggregates and heavy building materials plus contractual attorney's fees. *See Woodrum v. Mapother & Mapother P.S.C.*, Inc., No. CIV.A. 2:10-00478, 2010 WL 3943732, at *5 (S. D. W. Va. Oct. 5, 2010) *(*citing *Spielman v. Genzyme Corp.,* 251 F.3d 1, 7 (1st Cir.2001) ("[i]t is accepted under 28 U.S.C. § 1332(a) that when a right to attorney fees is provided by contract or state statute, a court may consider attorney fees as part of the amount in controversy).

7. Venue is proper in the Beckley Division of this Court as the events that are the basis of this suit occurred in Raleigh County, West Virginia.

**FACTS**

8. Martin Marietta entered into an account contract with Eastern Asphalt by which Martin Marietta would provide Eastern Asphalt with construction aggregates and heavy building materials purchased on credit. *See* Exhibit A (Account Contract).

9. On various dates beginning in March 2022 and continuing into June 2022, Eastern Asphalt purchased construction aggregates and heavy building materials from Martin Marietta. *See* Exhibit B (Account Statement).

10. Martin Marietta fully performed by delivering the purchased construction aggregates and heavy building materials shown on the Account Statement to Eastern Asphalt.

11. However, Eastern Asphalt has failed to pay all amounts owed for the construction aggregates and heavy building materials supplied to it by Martin Marietta, specifically, $73,749.42, plus contractual interest accruing at 1.5% monthly for outstanding debts, costs, and attorney's fees.

12. Thus, Eastern Asphalt owes Martin Marietta $73,749.42, plus interest accrued at a contractual rate of 1.5% for outstanding debts, costs and attorney's fees per the terms of the Account Contract. *See* Exhibit A (Account Contract); Exhibit B (Account Statement).

## COUNT I – BREACH OF CONTRACT

13. Martin Marietta incorporates by reference each of the preceding paragraphs as if fully set forth herein.

14. Eastern Asphalt was obligated to pay in full for all construction aggregates and heavy building materials provided to it, as identified in the Account Statement. *See* Ex. B.

15. Eastern Asphalt has failed to pay the $73,749.42 owed to Martin Marietta for construction aggregates and heavy building materials provided to Eastern Asphalt by Martin Marietta.

16. This outstanding debt has and continues to have interest accruing at a monthly rate of 1.5% per the terms of the Account Contract. *See* Ex. A.

17. Eastern Asphalt has breached its contractual obligations by failing to pay Martin Marietta the $73,749.42 owed for construction aggregates and heavy building materials provided to it by Martin Marietta, as well as to pay all accrued interest on amounts owed.

18. Eastern Asphalt's breach has resulted in damages to Martin Marietta in the amount of $73,749.42 plus interest accrued at a contractual rate of 1.5% for outstanding debts as well as collection costs and attorney's fees per the terms of the Account Contract. *See* Ex. A.

## COUNT II – ACCOUNT

19. Martin Marietta incorporates by reference each of the preceding paragraphs as if fully set forth herein.

20. Eastern Asphalt used its account with Martin Marietta to purchase construction aggregates and heavy building materials from Martin Marietta on credit.

21. The unpaid balance on the account at the time of the filing of this Complaint is $73,749.42, as evidenced by the Account Statement. *See* Ex. B.

22. Martin Marietta has made demand upon Eastern Asphalt for payment, but Eastern Asphalt refuses to pay the amounts due and owing.

23. Eastern Asphalt owes Martin Marietta the sum of $73,749.42 as well as all accrued interest on amounts owed at a monthly rate of 1.5%.

24. Due to Eastern Asphalt's failure to pay for the purchase of construction aggregates and heavy building materials delivered by Martin Marietta, Martin Marietta has been damaged by Eastern Asphalt in the amount of $73,749.42 plus interest accrued at a contractual rate of 1.5% for outstanding debts as well as collection costs and attorney's fees per the terms of the Account Contract. *See* Ex. A.

## PRAYER FOR RELIEF

**WHEREFORE**, Martin Marietta respectfully prays for a judgment against Eastern Asphalt for damages in an amount set forth below:

Martin Marietta seeks to recover as damages in connection with Eastern Asphalt's breach of contract and/or Martin Marietta's Account claim for the following amounts:

   a) $73,749.42, which is the principal amount owed for certain construction aggregates and heavy building materials provided as set forth in the attached

Account Statement;

b) Eastern Asphalt owes all accrued interest that has and continues to accrue at a monthly rate of 1.5% on all unpaid balances pursuant to the terms of the Account Contract;

c) Any other damages to which Martin Marietta is entitled or to which Martin Marietta will become entitled as a result of Eastern Asphalt's failure to pay as required by the Account Contract, including the continued accrual of interest, collection costs, and attorney's fees;

d) Any other damages to which Martin Marietta is entitled in equity or under common law;

e) Post-judgment interest at the legal rate; and

f) Any other relief the Court deems just and proper.

## JURY DEMAND

Martin Marietta hereby demands that all claims in this action be tried to a jury.

Dated: June 9, 2023

Respectfully submitted,

**MARTIN MARIETTA MATERIALS, INC,**
By counsel,

*/s/ Seth P. Hayes*
Seth P. Hayes (WV Bar No. 10381)
Zachary Warder (WV Bar No.13566)
JACKSON KELLY PLLC
150 Clay Street, Suite 500
Morgantown WV  26501
304-284-4107(telephone)
304-284-4140 (fax)
zachary.warder@jacksonkelly.com

5