IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)

| | |
|---|---|
| MARTIN MARIETTA MATERIALS, INC, | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No. 5:23-cv-00428<br>) |
| v. | )<br>) JURY TRIAL DEMANDED<br>) |
| EASTERN ASPHALT PRODUCTS, LLC,<br>d/b/a EASTERN CONCRETE,<br>a West Virginia<br>Limited Liability Company | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## DEFAULT JUDGMENT

The Defendant Eastern Asphalt Products, LLC, d/b/a Eastern Concrete ("Eastern Asphalt"), having failed to appear, plead or otherwise defend in this action, and default having been entered on August 10, 2023, and counsel for Plaintiff Martin Marietta Materials, Inc. ("Martin Marietta") having requested judgment against the defaulted defendant Eastern Asphalt and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of Martin Marietta against Eastern Asphalt, as follows:

1. Eastern Asphalt owes Martin Marietta $73,749.42 in unpaid for construction aggregate materials and heavy building materials.

2. Eastern Asphalt also owes Martin Marietta interest accrued on the past due amount of $73,749.42 at a contractual rate of 1.5% beginning in July 2022 and continuing through August 2023 for a total of $1,709.37.

3. Eastern Asphalt also owes Martin Marietta reasonable costs of collection including filing fees for a total of $402.00

7

4.   Eastern Asphalt further owes Martin Marietta reasonable attorney's fees for a total of $5,900.28.

5.   In total, Eastern Asphalt owes Martin Marietta $73,749.42 (unpaid for aggregate materials and heavy building materials) + $1,709.37 (interest accrued on past due amount) + $402.00 (reasonable costs of collection) + $5,900.28 (reasonable attorney's fees) for a sum certain total of $81,761.07.

Accordingly, Judgment in the amount of $81,761.07 is hereby entered in favor of Martin Marietta against Eastern Asphalt plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this 12th day of September, 2023.

_____
Rory L. Perry II, Clerk of Court