(02/2012)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

MARTIN MARIETTA MATERIALS, INC.

V.

EASTERN ASPHALT PRODUCTS, LLC. d/b/a EASTERN CONCRETE

**APPLICATION FOR POST–JUDGMENT REMEDIES**
**CIVIL ACTION** 5:23-cv-428

**WHEREAS**, in a civil action in which judgment was recovered in the United States District Court for the Southern District of West Virginia, the Plaintiff hereby requests the following:

☐ Certification of Judgment for Registration in Another District
   *Attached:*   Certification of Judgment will be prepared by the Clerk's Office.
   ☐ Fee ($11.00 per document certified/.50 per page copied)

✔ Abstract of Judgment
   *Attached:*   ✔ Abstract of Judgment

☐ Writ of Execution
   *Attached:*   ☐ Writ of Execution
   ☐ USM Process Receipt and Return

☐ Abstract of Execution
   *Attached:*   ☐ Abstract of Execution
   ☐ Copy of previously issued Writ of Execution

☐ Suggestion w/Summons on Suggestion
   *Attached:*   ☐ Suggestion w/summons
   ☐ Notice of Possibility of Exemptions

☐ Suggestee Execution
   *Attached:*   ☐ Affidavit for Suggestee Execution
   ☐ Suggestee Execution

☐ Temporary Release re: Suggestee Execution - Exemption
   *Attached:*   ☐ Temporary Release re:Suggestee Execution - Exemption

☐ Complete Release re: Suggestee Execution
   *Attached:*   ☐ Complete Release re: Suggestee Execution

| | |
|---|---|
| ☐ Writ of Possession<br>    *Attached:* | ☐ *Writ of Possession*<br>☐ *USM Process Receipt and Return*<br>☐ *Copy of unexpired Writ of Execution* |
| ☐ Writ of Assistance<br>    *Attached:* | ☐ *Writ of Assistance*<br>☐ *USM Process Receipt and Return* |
| ☐ Bill of Costs:<br>    *Attached:* | ☐ *Bill of Costs*<br>☐ *Supporting Documentation* |

**Date:** 09/14/2023

/s/ Zachary H. Warder

*Attorney*

Zachary H. Warder (WV Bar # 13566)
JACKSON KELLY, PLLC
3000 SWISS PINE WAY
SUITE 200
MORGANTOWN, WV 26501

Page 2 of 2