(04/2005)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

Martin Marietta Materials, Inc.

v

Eastern Asphalt Products, LLC, d/b/a Eastern Concrete

ABSTRACT OF JUDGMENT

CIVIL ACTION 5:23-cv-428

Judgment was rendered by the United States District Court for the Southern District of West Virginia at Beckley on SEPTEMBER 12, 2023, in the above-entitled action, in favor of

Martin Marietta Materials, Inc.

and against

Eastern Asphalt Products, LLC, d/b/a Eastern Concrete

for:

| $ | 73,749.42 | Principal, |
| $ | 5,900.00 | Attorney Fees, |
| $ | 1,709.37 | Interest, and |
| $ | 402.00 | Costs, for a total amount of |
| $ | 81,761.07 | JUDGMENT AS ENTERED |

with legal interest thereon at 5.42 % per annum from the date of judgment, until paid.

RORY L. PERRY II, CLERK OF COURT

BY: _/s/ Jena A. Smith_
　　　DEPUTY CLERK

DATE: September 15, 2023